AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Foschio, Leslie G. | U.S. District - WDNY | 04/18/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge - Recall | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

2 Niagara Square
Room 724
Buffalo, NY 14202

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Theodore Roosevelt Inaugural National Historic Site Foundation(Buffalo) (uncompensated |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 1/18-12/18 | The Principal - Company Sponsored Pension | $8,040.00 |
| 2. 1/18-12/18 | NY State - Employee Retirement System - Vested Pension Plan | $7,246.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foschio, Leslie G. | 04/18/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foschio, Leslie G. | 04/18/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   TD Ameritrade - IRA | | | N | T | | | | | |
| 2.   -Advisor Inner Circle - CIPMX | A | Dividend | J | T | Buy (add'l) | 06/05/18 | J | | |
| 3.   -Eventide Gilead Fund | A | Dividend | J | T | | | | | |
| 4.   -3m | A | Dividend | J | T | Buy | 06/05/18 | J | | |
| 5.   -Alphabet Inc | A | Dividend | J | T | Buy | 06/05/18 | J | | |
| 6.   -Apple | A | Dividend | J | T | | | | | |
| 7.   -Archer Daniels Midland | A | Dividend | J | T | Buy | 06/05/18 | J | | |
| 8.   -BRiley Financial | A | Dividend | J | T | | | | | |
| 9.   -Brighthouse | A | Dividend | J | T | Buy | 06/05/18 | J | | |
| 10.  -CenturyLink | A | Dividend | J | T | Buy | 06/05/18 | J | | |
| 11.  -Cleveland Biolabs | | None | J | T | | | | | |
| 12.  -CVS | A | Dividend | J | T | Buy | 06/05/18 | J | | |
| 13.  -Delta | A | Dividend | J | T | Buy | 06/05/18 | J | | |
| 14.  -Dollar General | A | Dividend | J | T | | | | | |
| 15.  -Ford Motor | A | Dividend | J | T | | | | | |
| 16.  -General Electric | A | Dividend | J | T | Buy (add'l) | 06/05/18 | J | | |
| 17.  -General Mills | A | Dividend | J | T | Buy | 06/05/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foschio, Leslie G. | 04/18/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -General Motors | A | Dividend | J | T | | | | | |
| 19. -Investco Mortgage | A | Dividend | J | T | | | | | |
| 20. -IShares 1-3 Year Credit | A | Dividend | | | Sold | 10/22/18 | J | A | |
| 21. -Ishares faln angels | A | Dividend | J | T | Buy | 06/05/18 | J | | |
| 22. -IShares 0-5yr hi yl | A | Dividend | J | T | Buy | 06/05/18 | J | | |
| 23. -SPDR Short etf | A | Dividend | J | T | Buy | 06/05/18 | J | | |
| 24. -Jetblue | A | Dividend | J | T | Buy (add'l) | 06/05/18 | J | | |
| 25. -Kellogg | A | Dividend | J | T | Buy | 06/05/18 | J | | |
| 26. -Kimberly Clark | A | Dividend | J | T | Buy | 06/05/18 | J | | |
| 27. -Metlife Pfd | A | Dividend | J | T | Buy | 05/30/18 | J | | |
| 28. -Microsoft | A | Dividend | J | T | | | | | |
| 29. -Paypal | | None | | | Sold | 02/21/18 | J | D | |
| 30. -Pennymac Mtg | A | Dividend | J | T | | | | | |
| 31. -Pepsi | A | Dividend | J | T | Buy | 06/05/18 | J | | |
| 32. -Procter & Gamble | A | Dividend | J | T | Buy (add'l) | 06/05/18 | J | | |
| 33. -Sirius | A | Dividend | J | T | Buy | 06/05/18 | J | | |
| 34. -Southwest | A | Dividend | J | T | Buy | 06/05/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foschio, Leslie G. | 04/18/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Stericycle | A | Dividend | J | T | Buy | 06/05/18 | J | | |
| 36. -Tjx | A | Dividend | | | Buy | 06/05/18 | J | | |
| 37. | | | | | Sold | 09/06/18 | J | B | |
| 38. -Tower International | A | Dividend | | | Sold | 01/11/18 | J | A | |
| 39. -Tyson Foods | A | Dividend | J | T | Buy | 06/05/18 | J | | |
| 40. -Walmart | A | Dividend | J | T | | | | | |
| 41. -Anixter | A | Interest | J | T | Buy | 04/23/18 | J | | |
| 42. -Arcelormittal 3/01/21 Bond | A | Interest | J | T | | | | | |
| 43. -Avenet Inc 12/01/21 | A | Interest | J | T | | | | | |
| 44. -Block Financial 11/01/22 Bond | A | Interest | J | T | | | | | |
| 45. -Dun & Bradstreet 6/15/20 | A | Interest | J | T | Buy | 04/23/18 | J | | |
| 46. -Equifax 7/1/28 | A | Interest | J | T | Buy | 02/23/18 | J | | |
| 47. -Ford Motor 10/1/28 | A | Interest | J | T | Buy | 02/28/18 | J | | |
| 48. -Freeport-McMoran 11/14/21 Bond | A | Interest | J | T | | | | | |
| 49. -FS KKR 5/15/22 | A | Interest | J | T | Buy | 04/23/18 | J | | |
| 50. -General Electric 12/31/19 Bond | A | Interest | J | T | | | | | |
| 51. -Goodyear 3/15/27 | A | Interest | J | T | Buy | 02/23/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Huntsman Intl 11/15/20 | A | Interest | J | T | Buy | 04/23/18 | J | | |
| 53. -International Game Tech 6/15/20 | A | Interest | | | Buy | 04/23/18 | J | | |
| 54. | | | | | Sold | 10/22/18 | J | A | |
| 55. -jp Morgan 12/31/2199 Bond 48126hac4 | A | Interest | J | T | | | | | |
| 56. -JP Morgan 12/31/2199 Bond 48127faa1 | A | Interest | J | T | | | | | |
| 57. -Newell Brands 4/1/23 | A | Interest | J | T | Buy | 02/23/18 | J | | |
| 58. -Nordstrom 3/15/28 | A | Interest | J | T | Buy | 02/23/18 | J | | |
| 59. -Omega Health 4/1/27 | A | Interest | J | T | Buy | 02/23/18 | J | | |
| 60. -Pennant Inv 10/01/19 Bond | A | Interest | J | T | | | | | |
| 61. -Petrobras Glbl 1/17/22 | A | Interest | J | T | Buy | 04/23/18 | J | | |
| 62. -Petrobras Glbl 02/23/18 | A | Interest | J | T | Buy | 02/23/18 | J | | |
| 63. -Popular 7/1/19 Bonds | A | Interest | | | Sold | 10/15/18 | J | A | |
| 64. -SAIC 12/1/20 | A | Interest | J | T | Buy | 04/23/18 | J | | |
| 65. -Signet UK 6/15/24 | A | Interest | J | T | Buy | 02/23/18 | J | | |
| 66. -Teva Pharma 10/01/26 | A | Interest | J | T | Buy | 02/23/18 | J | | |
| 67. -The ADT Corp 10/15/21 Bonds | A | Interest | J | T | Buy (add'l) | 04/23/18 | J | | |
| 68. -Toyota 12/29/20 | A | Interest | J | T | Buy | 06/28/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foschio, Leslie G. | 04/18/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Transocean 11/15/20 Bonds | A | Interest | J | T | | | | | |
| 70. -Tupperware 6/1/21 | A | Interest | J | T | Buy | 04/23/18 | J | | |
| 71. -Under Armour 6/15/26 | A | Interest | J | T | Buy | 02/23/18 | J | | |
| 72. -Valley National Bank 09/27/23 | A | Interest | J | T | Buy | 02/23/18 | J | | |
| 73. -Washington Post 02/01/19 Bond | A | Interest | | | Sold | 06/29/18 | J | A | |
| 74. -Wells Fargo 12/31/2199 | A | Interest | J | T | | | | | |
| 75. -Wyndham 3/1/22 | A | Interest | J | T | Buy | 04/23/18 | J | | |
| 76. -Wyndham 3/1/23 | A | Interest | J | T | Buy | 02/23/18 | J | | |
| 77. -Xerox 3/17/22 | A | Interest | J | T | Buy | 04/23/18 | J | | |
| 78. -XLIT 3/31/25 | A | Interest | J | T | Buy | 02/23/18 | J | | |
| 79. | | | | | | | | | |
| 80. First Great West Life Insurance - Whole Life | | None | M | T | | | | | |
| 81. | | | | | | | | | |
| 82. | | | | | | | | | |
| 83. | | | | | | | | | |
| 84. | | | | | | | | | |
| 85. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foschio, Leslie G. | 04/18/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | | | | | |
| 87. | | | | | | | | | |
| 88. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foschio, Leslie G. | 04/18/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The Assets in the Security Benefit IRA on Lines 39-48 were sold and that account was transferred to the TD Ameritrade IRA.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Leslie G. Foschio**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544